UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIP TECHNOLOGIES LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-12782 <br><br> JUDGE ROBERT W. GETTLEMAN <br><br> MAGISTRATE JUDGE JEANNICE W. APPENTENG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) TTHYUEWS (identified on line 11 of the Schedule A of the Complaint).

Dated:   January 15, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
j.mariane@scip.law

***ATTORNEYS FOR PLAINTIFF***